\*\* E-filed December 4, 2009 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEH MING CHEN,<br><br>    Plaintiff,<br>  v.<br><br>ATEN NEW JERSEY, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C09-03969 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND (2) GRANTING LEAVE TO SERVE SUMMONS AND COMPLAINT AFTER 120 DAYS** |

Upon filing, this action was scheduled for an initial case management conference on December 15, 2009. Plaintiff filed a Case Management Statement on December 4, 2009 indicating that defendants' counsel sought more time to obtain authorization from defendants, who are international parties, to waive service. Good cause appearing, the initial Case Management Conference is hereby CONTINUED to **March 30, 2010 at 1:30pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit a Joint Case Management Statement no later than **March 23, 2010**. Plaintiff is hereby granted leave to effectuate service until January 15, 2010.

**IT IS SO ORDERED.**

Dated: December 4, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 09-03969 Notice will be electronically mailed to:**

2 Ismael D. Perez     easy@perezlawoffice.com

3

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**