**\*\* E-filed March 25, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEH MING CHEN,<br><br>     Plaintiff,<br>  v.<br><br>ATEN NEW JERSEY, INC., et al.,<br><br>     Defendants. | No. C09-03969 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 21]** |

Upon filing in August 2009, this action was scheduled for an initial Case Management Conference on December 15, 2009. Upon plaintiff's request, the court continued the conference to March 30, 2010. The parties now request that the court continue the conference once again, in part because plaintiff's counsel is attending a funeral that day. However, the parties request that the court continue the conference "beyond 120 days from the date the order Stipulating for mediation is signed." (Stipulation 2.)

The court finds good cause to continue the initial Case Management Conference, but not for four months. Accordingly, the initial Case Management Conference is CONTINUED to **April 13, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose.

**IT IS SO ORDERED.**

Dated: March 25, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C 09-03969 Notice will be electronically mailed to:**

2 | Bruce Doelker May    bmay@sycr.com
Ismael D. Perez    easy@perezlawoffice.com

4 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**