**\*\* E-filed April 7, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEH MING CHEN,<br><br>      Plaintiff,<br>  v.<br><br>ATEN NEW JERSEY, INC., et al.,<br><br>      Defendants.<br>_____/ | No. C09-03969 HRL<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>**[Re: Docket No. 23]** |

Having considered defendants' counsel's request to appear by telephone at the case management conference set for April 13, 2010 at 1:30 p.m., and good cause appearing, the court grants the request. Bruce D. May shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: April 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-03969 Notice will be electronically mailed to:**

Bruce Doelker May     bmay@sycr.com
Ismael D. Perez       easy@perezlawoffice.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**