Ismael D. Perez, Esq. SBN 145985
LAW OFFICES OF ISMAEL D. PEREZ
Community Towers I
111 W. St. John Street, Suite 515
San Jose, CA   95113
Tel: (408) 293-7100
Fax: (408) 293-7100
easy@perezlawoffice.com

Attorneys for Plaintiff,
Teh Ming Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEH MING CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ATEN NEW JERSEY INC; ATEN INTERNATIONAL CO., Ltd.; LONGDI LIN, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____ | Case No. C09-03969 HRL<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that plaintiff, TEH MING CHEN and Defendants, ATEN NEW JERSEY INC and ATEN INTERNATIONAL CO., Ltd. reached a settlement in the above-entitled action.   Plaintiff and defendant are in the process of executing the general release documents and the Voluntary Request for Dismissal in this action.


Dated: October 5, 2010           /s/ Ismael D. Perez
                                 Ismael D. Perez, Attorney for
                                 Plaintiff, TEH MING CHEN

NOTICE OF SETTLEMENT

PAGE 1