1  ISMAEL D. PEREZ, State Bar No. 145985 easy@perezlawoffice.com
   LAW OFFICES OF ISMAEL D. PEREZ
2  Community Towers I
3  111 W. St. John Street, Suite 515
   San Jose, CA 95113
4  Telephone: (408) 293-7100
   Fax: (408) 293-7100
5
   Attorneys for Plaintiff, TEH MING CHEN
6

7  BRUCE D. MAY, State Bar No. 89556 (bmay@sycr.com)
   STRADLING YOCCA CARLSON & RAUTH
8  A Professional Corporation
9  660 Newport Center Drive, Suite 1600
   Newport Beach, California  92660-6441
10 Telephone: (949) 725-4000
   Fax: (949) 725-4100
11
   Attorneys for Defendants
12 ATEN NEW JERSEY, INC. and ATEN INTERNATIONAL CO., LTD.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 TEH MING CHEN,                          Case No.  C09 03969 HRL
18
                    Plaintiff,             *Assigned For All Purposes To:*
19                                         *Magistrate Judge Howard R. Lloyd*
          v.
20                                         STIPULATION AND [PROPOSED] ORDER
21 ATEN NEW JERSEY INC; ATEN               FOR DISMISSAL PURSUANT TO
   INTERNATIONAL CO. LTD; LONGDI           SETTLEMENT AGREEMENT
22 LIN, an individual; and DOES 1 through
   100, inclusive,
23
                    Defendants.
24

25

26

27

28

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff TEH MING
2  CHEN ("Plaintiff") and Defendants ATEN NEW JERSEY INC and ATEN INTERNATIONAL
3  CO. LTD ("ATEN") hereby stipulate that the above action shall be dismissed as to all parties
4  with prejudice pursuant to a written Confidential Settlement Agreement dated September 30,
5  2010.  Both parties shall bear their own costs and attorneys' fees as provided in the Confidential
6  Settlement Agreement.

8  DATED: October 28, 2010         LAW OFFICES OF ISMAEL D. PEREZ

10                                  By: _____
                                        Ismael D. Perez
11                                      Attorney for Plaintiff
                                        TEH MING CHEN

14  DATED: October 27, 2010        STRADLING YOCCA CARLSON & RAUTH
                                    A Professional Corporation

17                                  By: _____
                                        Bruce D. May
18                                      Attorneys for Defendants
                                        ATEN NEW JERSEY INC. and ATEN
19                                      INTERNATIONAL CO., LTD.

20                                  **O R D E R**

22          **IT IS SO ORDERED.**

24  Dated: _____, 2010    _____
25                                   HOWARD R. LLOYD
                                     UNITED STATES MAGISTRATE JUDGE